IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF HAROLD BARSKY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-4282 |
| | : | |
| WILMINGTON TRUST COMPANY, et al. | : | |

**ORDER**

AND NOW, this 17th day of September, 2021, upon consideration of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6), Plaintiff's Response, Defendants' Reply, after an August 24, 2021, oral argument, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 23) is GRANTED, and the Second Amended Complaint is DISMISSED.

It is further ORDERED Defendants' first Motion to Dismiss (Document 9), Defendants' Motion to Stay Discovery (Document 15), Defendants' Motion for Leave to File Reply Brief (Document 20), and Plaintiff's Motion for Leave to File Sur-Reply (Document 28) are DENIED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.